USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN STIMMEL,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

Defendants.

No. 24-CV-3476 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court acknowledges that the parties filed a proposed Civil Case Management Plan and Scheduling Order on July 23, 2024. (ECF No. 14.) Although this action has not been referred to the Magistrate Judge for general pretrial purposes, the docket has remained inactive for nearly two years. The parties are therefore directed to submit a joint status update advising the Court whether discovery has been completed and, if not, identifying any outstanding discovery and proposing a schedule for its completion. The parties shall also advise the Court whether they intend to file dispositive motions and whether they have engaged in settlement discussions. The joint status update shall be filed on or before August 19, 2026.

Dated: August 11, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge